**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rufus HOUSER, a/k/a Pookie,**
**Defendant–Appellant.**

**No. 00–7224.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 26, 2001.

Rufus Houser, pro se. Paul Thomas Camilletti, Office of the United States Attorney, Wheeling, WV, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Rufus Houser seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Houser*, Nos. CR–95–12; CA–98–55–3 (N.D.W.Va. June 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*